

**THOMAS, LONG, NIESEN & KENNARD**

*Attorneys and Counsellors at Law*

September 10, 2010

Clerk, U.S. Bankruptcy Court
The Ronald Reagan Federal Building
228 Walnut Street
Room 320
P O BOX 908
Harrisburg, PA 17108-0908

      RE: WPC ASSOCIATES, INC.
          Case No. 1-07-bk-00916 MDF
          Chapter 7

Dear Case Administrator:

      In accordance with USCS §347, **Unclaimed Property** stating that all unclaimed dividends must be turned over to the Clerk of the Court, please prepare an Order directing deposit of **$599.47** to the Registry Fund in the above referenced case. The original check was issued on July 21, 2010. The check came back with the forwarding time expired and I have attempted to locate a better address for this creditor via the online Yellowbook search, white and yellow pages, and facebook. The creditor/claim is as follows:

      **Claim # 100**
      **George H. Hoffecker Inc.**
      **P O BOX 540**
      **5722 N. DuPont Hwy**
      **Smyrna DE 19977**

                              Sincerely yours,

                              Lawrence G. Frank

LGF:dkh

cc

*FILED HARRISBURG, PA. 2010 SEP 10 AM 9:44 CLERK U.S. BANKRUPTCY COURT*

212 LOCUST STREET • SUITE 500 • P.O. BOX 9500 • HARRISBURG, PA 17108-9500 • 717.255.7600 • FAX 717.236.8278 • www.thomaslonglaw.com