

# THOMAS, LONG, NIESEN & KENNARD
*Attorneys and Counsellors at Law*

November 3, 2010

Clerk, U.S. Bankruptcy Court
The Ronald Reagan Federal Building
228 Walnut Street
Room 320
P O BOX 908
Harrisburg, PA 17108-0908

      RE: WPC Associates, Inc.
          Case No. 07-00916 MDF
          Chapter 7

Dear Case Administrator:

    In accordance with USCS §347, **Unclaimed Property** stating that all unclaimed dividends must be turned over to the Clerk of the Court, please prepare an Order directing deposit of **$2,037.52** to the Registry Fund in the above referenced case. The original checks were issued on 07/21/10 and were never cashed. .

The creditors/claims are attached: follows:

    **Claim(s) - 10, 30, 69, 106, 121, 183 and 208.**

    **See attached list of names.**

                                Sincerely yours,

                                Lawrence G. Frank

LGF:dkh

cc

212 LOCUST STREET • SUITE 500 • P.O. BOX 9500 • HARRISBURG, PA 17108-9500 • 717.255.7600 • FAX 717.236.8278 • www.thomaslonglaw.com

# Stale Check Report

**Trustee:** LAWRENCE G. FRANK, TRUSTEE (580470)
**Case:** 07-00916 - WPC ASSOCIATES, INC.

| Account No. | Check No. | Issued | Payee | | Check Amount |
|---|---|---|---|---|---|
| 9200-01057852-66 | 10304 | 11/03/10 | Clerk U.S. Bankruptcy Court | | $2,037.52 |
| Cancelled Account No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|
| 9200-01057852-66 10 -1 | 10130 | 07/16/07 | 610 | YAAKOVON WILLNER<br>17 ROYAL AVE.<br>LAKEWOOD, NY 08701 | 989.00 | 989.00 | 233.06 | 233.06 |
| 9200-01057852-66 30 -1 | 10147 | 07/20/07 | 610 | TREMELLEN TIRE and AUTO, INC.<br>1071 MANHEIM PIKE<br>LANCASTER, PA 17601 | 3,312.74 | 3,312.74 | 780.65 | 780.65 |
| 9200-01057852-66 69 -1 | 10181 | 09/05/07 | 610 | BIANCA FISCHLE<br>4400 WARM SPRINGS ROAD, #80<br>COLUMBUS, GA 31909 | 629.00 | 629.00 | 148.22 | 148.22 |
| 9200-01057852-66 106 -1 | 10212 | 09/28/07 | 610 | Vivian A Wilson<br>Christopher G Wilson<br>6700 Chambers Lane<br>Suffolk, VA 23435 | 1,200.00 | 1,200.00 | 282.78 | 282.78 |
| 9200-01057852-66 121 -1 | 10227 | 09/28/07 | 610 | Mark Pelliga<br>108 Helmi Drive<br>Syracuse, NY 13219 | 1,200.00 | 1,200.00 | 282.78 | 282.78 |
| 9200-01057852-66 183 -1 | 10278 | 10/04/07 | 610 | Steven A McMullen<br>311 Fox Ridge Court<br>Harrisburg, PA 17102 | 116.62 | 116.62 | 27.48 | 27.48 |
| 9200-01057852-66 208 -1 | 10296 | 10/05/07 | 610 | PAUL FORD<br>9071 MILLCREEK RD APT 412<br>LEVITTOWN, PA 19054 | 1,199.00 | 1,199.00 | 282.55 | 282.55 |

(*) Denotes objection to Amount Filed  (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.